```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| **THE NATIONAL FEDERATION** \* | |
| **OF THE BLIND,** \* | |
| \* | |
| **Plaintiff** \* | |
| v.   \* | **CIVIL NO. GJH-18-2965** |
| \* | |
| **U.S. ABILITYONE,** \* | |
| **COMMISSION, et. al.,** \* | |
| \* | |
| **Defendants** \* | |
| \* | |

```
    *    *    *    *   ***    *    *    *    *
```

### DEFENDANTS' NOTICE OF FILING OF CERTIFIED
### ADMINISTRATIVE RECORD SUPPORTING DEFENDANTS'
### MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

The defendants, the United States AbilityOne Commission, Thomas D. Robinson and Tina Ballard, the Chairperson and Executive Director, respectively, of the AbilityOne Commission, by their attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and undersigned counsel, hereby file the Certified Administrative Record and an index identifying the contents of the record corresponding to the defendants' motion to dismiss, or alternatively, for summary judgment filed in response to plaintiff's complaint for declaratory judgment and separate motion for injunctive relief in the above-captioned case. The Certified Administrative Record is denoted as "A.R.1"

In the event that subsequent to the filing of this Notice the

parties agree that a relevant document has been inadvertently omitted from A.R.1, then A.R.1 will be supplemented accordingly.

>Respectfully submitted,
>
>ROBERT K. HUR
>United States Attorney
>
>By: /s/ _____
>TARRA DeSHIELDS
>Assistant United States Attorney
>General Bar No. 07749
>Office of the United States Attorney
>36 South Charles Street, 4th Flr.
>Baltimore, Maryland 21201
>(410) 209-4800
>Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February, 2019, a copy of the foregoing Defendants' Notice of Filing of Certified Administrative Record Corresponding to Defendants' Motion to Dismiss, or for, Summary Judgment to the Complaint for Injunctive and Declaratory Relief and the Motion for Preliminary Injunction and the Certified Administrative Record were filed electronically and were thus so served upon Eve L. Hill and Emily L. Levenson, BROWN GOLDSTEIN & LEVY, LLP, 120 East Baltimore Street, Suite 1700, Baltimore, Maryland 21202.  A copy of the Certified Administrative Record was also mailed, postage prepaid, on the above date to the

above-identified attorneys at the above-noted address.

                                            /s/
                                     TARRA DeSHIELDS
                                     Assistant United States Attorney