**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. ABILITYONE COMMISSION, et al., <br><br> Defendants. | Civil Action No.:  18-CV- 2965 GJH |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Now comes Plaintiff, the National Federation of the Blind, who submits this notice of supplemental authority to its Response in Opposition to Defendants' Motion to Dismiss, or Alternatively for Summary Judgment, and Plaintiff's Reply in Support of Motion for Preliminary Injunction.  Dkt. No. 30.  On May 15, 2019, the United States District Court for the District of Maryland, Southern Division, issued the attached Memorandum Opinion in *American Academy of Pediatrics, et al., v. Food and Drug Administration, et al.*, No. PWG-18-883 (D. Md. May 15, 2019).  The Court's Memorandum Opinion involves issues of standing and reviewability pursuant to the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, that are salient to those before the Court in this matter.  Plaintiff intends to rely on this authority at any hearing scheduled by this Court on the Parties' pending motions.

Respectfully submitted,

_____/s/_____
Eve L. Hill (Fed. Bar No. 19938)
Emily L. Levenson (Fed. Bar No. 28670)
Anthony J. May (Fed. Bar No. 20301)
BROWN GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T: (410) 962-1030
F: (410) 385-0869
ehill@browngold.com
elevenson@browngold.com
amay@browngold.com

*Attorneys for Plaintiff*

Dated:  May 28, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2019, Plaintiff's Notice of Supplemental Authority was filed through the CM/ECF system and will be sent electronically to the Defendants in this case.

/s/
Eve L. Hill
